# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Christopher B Gordon**; DOB: 1983; United States<br>**Jaimie Monique Zazueta**; DOB: 1982; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-07494MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(i); 1325; 18 USC § 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 22, 2019, at or near Tombstone, in the District of Arizona, **Christopher B Gordon and Jaimie Monique Zazueta**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport and harbor certain illegal aliens, including Jossimar Gonzalo Barillas-Santos, Juan Toxqui-Tlelo, Jose Antonio Jimenez-Almanza, Walter Perez-Ramirez, Lesmy Andreina Velasquez-Barrientos, and Gabriel Diaz-Gomez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about July 22, 2019, at or near Tombstone, in the District of Arizona, **Christopher B Gordon and Jaimie Monique Zazueta**, did unlawfully aid and abet certain illegal aliens, including Jossimar Gonzalo Barillas-Santos, Juan Toxqui-Tlelo, Jose Antonio Jimenez-Almanza, Walter Perez-Ramirez, Lesmy Andreina Velasquez-Barrientos, and Gabriel Diaz-Gomez, to elude examination and inspection by Immigration Officers of the United States of America; in violation of **Title 8, United States Code, Section 1325** and **Title 18, United States Code, Section 2**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about July 22, 2019, at or near Tombstone, in the District of Arizona, United States Border Patrol Agents (BPA) encountered a 2008 Nissan Armanda at the SR-80 immigration checkpoint. The driver was identified as **Jaimie Monique Zazueta** and the front seat passenger as **Christopher B Gordon**, both United States Citizens. BPA questioned the six rear seat passengers as to their citizenship and determined that they were citizens of Mexico and were in the United States illegally. BPA identified the rear passengers as Jossimar Gonzalo Barillas-Santos, Juan Toxqui-Tlelo, Jose Antonio Jimenez-Almanza, Walter Perez-Ramirez, Lesmy Andreina Velasquez-Barrientos, and Gabriel Diaz-Gomez. Record checks revealed that the vehicle was registered to both **Zazueta** and **Gordon**.

Material witnesses Barillas-Santos, Toxqui-Tlelo, Jimenez-Almanza, Perez-Ramirez, Velasquez-Barrientos, and Diaz-Gomez stated that the smuggling arrangements were made by them, family members, or friends in exchange for money. Barillas stated he crossed the International Boundary Fence and walked to a church where he asked for help. Barillas stated he and his wife were picked up by a red vehicle at an unknown location. Barillas described the driver as a fat, white female. The driver did not say anything to him during the trip. Barillas stated he rode in the vehicle for about two hours and claimed the vehicle did not stop anywhere. Toxqui stated he was picked up by a grey vehicle and described the driver as being a short, bald male. Toxqui stated he never heard or saw the driver use the phone during the one hour trip.
Continued on back

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Jossimar Gonzalo Barillas-Santos, Juan Toxqui-Tlelo, Jose Antonio Jimenez-Almanza, Walter Perez-Ramirez, Lesmy Andreina Velasquez-Barrientos, and Gabriel Diaz-Gomez

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA RW/ri<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE Josephine M. Kateau | DATE<br>July 23, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

**Continued from front.**

Perez stated he was to meet up with a dark SUV possibly a Nissan Armanda. Perez stated the driver and passenger were the same individuals arrested with them at the immigration checkpoint, later identified as **Zazueta** and **Gordon**. Perez stated they stopped at a Domino's Pizza and picked up one individual. Then, they stopped at another location to pick up two additional individuals. Perez stated the driver was continuously on the phone and on her GPS. Perez stated the driver was nervous and he could hear the front seat passenger telling her she needed to come to a complete stop at a stop sign. Jimenez stated he was taken to Pizza Hut where he observed a female driver outside of a dark colored SUV. Jimenez stated the driver opened the door for him and told him to get in. Jimenez stated there was a male front passenger and five other individuals already inside.